

IN THE
TENTH COURT OF APPEALS

No. 10-17-00185-CR

CHRISTOPHER K. SCHMOTZER,

Appellant

v.

THE STATE OF TEXAS,

Appellee

From the 85th District Court
Brazos County, Texas
Trial Court No. 09-1287-CRF-85

# ORDER

Christopher K. Schmotzer's "Motion for Suspension of the Rules pursuant to

TRAP Rule 2," filed on June 16, 2017, is dismissed as moot.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion dismissed as moot
Order issued and filed July 19, 2017

